Benjamin H. Breakstone, Appellee, v. Thomas M. Obsbaum and Mrs. Thomas M. Obsbaum, Appellants.

Gen. No. 23,269.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed and remanded. Opinion filed April 16, 1918.

### Statement of the Case.

Action by Benjamin H. Breakstone, plaintiff, against Thomas M. Obsbaum and Mrs. Thomas M. Obsbaum, defendants, to recover for professional services. From a judgment for plaintiff for $445, entered by the court without the intervention of a jury, defendants appeal.

BERNARD J. BROWN, for appellants.

SALTIEL & ROSSEN, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 13*—*when error to strike affidavit of defense from files and enter default, in an action by physician for services.* In an action in the Municipal Court of Chicago by a physician to recover for professional services, where the sworn affidavit of defense states that the services were rendered in an unskilful manner, causing affiant to suffer great pain and making it necessary for her to be treated by other physicians for relief therefrom; that such services were not worth more than a certain sum, much less than the sum claimed in plaintiff's statement and that, as advised, affiant would be subjected to a large

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.
Vol. CCX 15

North Side Sash & Door Co. v. Goldstein, 210 Ill. App. 226.

expense to be cured of the results of the unskilful operation by plaintiff, it is error for the court to strike the affidavit of defense and enter a default and give plaintiff judgment for the amount claimed in his statement without hearing evidence and submitting the question of damages to the jury, as demanded.

---

**North Side Sash & Door Company, Appellant, v. Ida Goldstein et al., Appellees.**

**Gen. No. 23,281.   (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. FRANK H. GRAHAM, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed and judgment here with finding of fact. Opinion filed April 16, 1918.

### Statement of the Case.

Action by North Side Sash & Door Company, a corporation, plaintiff, against Ida Goldstein et al., defendants, to enforce a subcontractor's lien. From a judgment for defendants, plaintiff appeals.

SAMUEL W. NEWMAN, for appellant.

AMBERG & AMBERG, for appellees.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. MECHANICS' LIENS, § 136*—*what is extent of waiver of subcontractor's lien under contract.* The provision in a contract which waives a mechanic's lien on the "premises" must be confined to the purpose manifestly intended by the parties and cannot be extended

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.